UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES DRUSCHEL,

      Plaintiff,

v.                             CASE NO: 8:10-cv-838-T-33TBM

CCB CREDIT SERVICES, INC.,

      Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of Defendant's Motion for Summary Judgment (Doc. # 13). United States Magistrate Judge Thomas B. McCoun has filed his Report and Recommendation (Doc. # 21), issued on June 14, 2011, which recommends that Defendant's Motion for Summary Judgment (Doc. # 13) be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff Druschel filed Objections to Report and Recommendation (Doc. # 22). Defendant CCB Credit filed a Response to Plaintiff's Objections (Doc. # 23).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>,

681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, as well as careful consideration of the objections and responses to the Report and Recommendation, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate McCoun's Report and Recommendation (Doc. # 21) is **ACCEPTED** and **ADOPTED** and incorporated herein. All objections overruled.

2. Defendant's Motion for Summary Judgment (Doc. # 13) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Defendant and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this <u>11th</u> day of July, 2011.

*(signature)*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties and Counsel of Record

3